**Abatement Order filed October 4, 2016**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-16-00448-CV

———————

## IN RE SED HOLDINGS, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-05015**

---

## ABATEMENT ORDER

Notice was filed on September 29, 2016 that 3 Star Properties, LLC is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on September 29, 2016, an involuntary bankruptcy proceeding was filed against 3 Star Properties, LLC in the United States Bankruptcy Court for the Southern District of Texas under case number 16-34815. A bankruptcy suspends the original proceeding from the date when the bankruptcy petition is filed until the appellate court reinstates the original proceeding in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the original proceeding abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the original proceeding if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the original proceeding is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the original proceeding is abated and treated as a closed case until further order of this court.

PER CURIAM